

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2018

No. 04-17-00704-CV

Russell **AMSBERRY,**
Appellant

v.

Alejandra **SALAZAR,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17196
The Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Appellant has filed a Motion to Correct Supersedeas Bond Amount and For Stay of Post-Judgment Discovery, in which he argues the trial court has erred in setting the amount of supersedeas bond. Additionally, appellant requests that we stay execution of the judgment and post-judgment discovery in this matter pending our review of the supersedeas bond amount. We grant appellant's request to stay execution of the judgment and post-judgment discovery pending our review of the supersedeas bond. The execution of the judgment and all post-judgment discovery is stayed in this matter pending further other from this Court. *See* TEX. R. APP. P. 24.4(c).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court